IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT PICKRON,**

    **Plaintiff,**

v.     Case No. 5:23-cv-294-AW-MJF

**GAC CONTRACTORS INC., and C. W. ROBERTS CONTRACTING, INC.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION TO DISMISS

As stated on the record today, the motion to dismiss (ECF No. 14) is GRANTED. Counts One and Two are dismissed with leave to amend. Plaintiff may file a second amended complaint within 10 days. Defendants must respond within 14 days thereafter.

Defendant C.W. Roberts Contracting need not respond to the first amended complaint (ECF No. 8) in the meantime.

SO ORDERED on February 29, 2024.

                                            s/ *Allen Winsor*
                                            United States District Judge